# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE PETITION OF<br>KATHY HICKEY | :<br>:<br>:<br>:<br>: | No. 4:17-MC-00522<br><br>(Judge Brann) |

# ORDER

**AND NOW**, this 25th day of September 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition to Perpetuate Testimony on Oral Examination, ECF No. 1, is **DENIED.**

2. The Clerk of Court is directed to mail copies of this Order and its accompanying Memorandum to Thomas McGinley, Karen Merit, and James Kelley, at their addresses listed in the Certificate of Mailing attached to the Petition, and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge